Form B3 (official Form 3) (9/97)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

In re CLAYTON PATTON,
Debtor

Case No. 06-10993

Chapter 13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS  274.60

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ 187.00 in installments

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

   $ 68.50  ✓ Check one ☒ With the filing of the petition, or
                        ☐ On or before _____
   $ 68.50  on or before  7/10/06
   $ 68.50  on or before  8/10/06
   $ 68.50  on or before  9/10/06

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

SEP 0 5 2006

KENNETH S. GARDNER, CLERK
BY DEP: SJ

The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____     Signature of Debtor  9/5/06  3/29/06
Signature of Attorney      Date        (In a joint case, both spouses must sign.)

_____                _____    _____
Name of Attorney                       Signature of Joint Debtor (if any)  Date

---

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. I also certify that I will not accept money or any other property from the debtor before the filing fee is paid in full.

_____    Social Security No. _____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____    _____
Signature of Bankruptcy Petition Preparer   Date

Form B3 continued
(9/97)

UNITED STATES BANKRUPTCY COURT
__NORTHERN__ DISTRICT OF __ILLINOIS__

In re __CLAYTON PATTON__
Debtor

Case No. _____

Chapter __13__

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case

BY THE COURT

Date: __3/29/06__

_____
United States Bankruptcy Judge