```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 10993
    CLAYTON PATTON
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-8440


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 09/05/2006 and was confirmed 06/28/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 10/02/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
TOYOTA MOTOR CREDIT CORP SECURED VEHIC    2000.00           79.19          1620.64
SUBURBAN BANK            CURRENT MORTG      .00              .00              .00
JP MORGAN CHASE          NOTICE ONLY    NOT FILED            .00              .00
OCWEN LOAN SERVICING LLC CURRENT MORTG      .00              .00              .00
OCWEN LOAN SERVICING LLC MORTGAGE ARRE      .00              .00              .00
TOYOTA MOTOR CREDIT CORP UNSECURED        6435.84            .00              .00
INTERNAL REVENUE SERVICE SECURED NOT I   13247.59            .00              .00
INTERNAL REVENUE SERVICE FILED LATE       1172.69            .00              .00
PITNEY & BOWES           UNSECURED      NOT FILED            .00              .00
AFNI/VERIZON WIRELESS    UNSECURED        1525.92            .00              .00
AT&T WIRELESS            UNSECURED         267.40            .00              .00
ROUNDUP FUNDING LLC      UNSECURED        4678.59            .00              .00
CREDIT UNION 1           UNSECURED        1343.49            .00              .00
CONSECO FINANCE          UNSECURED      NOT FILED            .00              .00
PEOPLES GAS LIGHT & COKE UNSECURED      NOT FILED            .00              .00
SBC                      UNSECURED         272.13            .00              .00
SBC                      UNSECURED         524.66            .00              .00
CARSON PIRIE SCOTT       UNSECURED         736.60            .00              .00
ILLINOIS DEPT OF REV     UNSECURED         480.66            .00              .00
ILLINOIS DEPT OF REV     PRIORITY         1674.86            .00            504.77
ILLINOIS DEPT OF REV     SECURED          3318.56           33.49          2370.68
INTERNAL REVENUE SERVICE FILED LATE       1865.26            .00              .00
SUBURBAN BANK            MORTGAGE ARRE     500.00            .00            500.00
PAUL M BACH              DEBTOR ATTY     1,500.00                         1,500.00
TOM VAUGHN               TRUSTEE                                            491.23
DEBTOR REFUND            REFUND                                               .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    7,100.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 10993 CLAYTON PATTON
```

```
PRIORITY                                                     504.77
SECURED                                                    4,491.32
    INTEREST                                                 112.68
UNSECURED                                                       .00
ADMINISTRATIVE                                             1,500.00
TRUSTEE COMPENSATION                                         491.23
DEBTOR REFUND                                                   .00
                                      ---------------    ---------------
TOTALS                                      7,100.00           7,100.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                      /s/ Tom Vaughn
Dated: 01/27/09                       _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```